**Schedule A**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff(s) | Musical Composition | Writer(s) | Date of Publication (or registration, if registered as unpublished) | Certificate of Registration Number | Date of Known Infringement |
| 1. | UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC.<br><br>PERREN VIBES MUSIC INC. | I WILL SURVIVE | Dino Fekaris<br><br>Freddie Perren | August 16, 1978 (registered as unpublished) | PAu 47-934 | December 24, 2016 |
| 2. | LIDO MUSIC, INC. | JUST WHAT I NEEDED | Richard Otcasek p/k/a Ric Ocasek | June 6, 1978 | PA 45-279 | December 23, 2016 |
| 3. | SWEET CITY RECORDS INC. | PLAY THAT FUNKY MUSIC WHITE BOY | Robert W. Parissi | August 18, 1976 | EP 360-773 | December 23, 2016 |